No. 658. UNITED STATES EX REL. CHAPMAN, SECRETARY OF THE INTERIOR, *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 659. VIRGINIA REA ASSOCIATION ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 4th Cir. Certiorari granted. *Gregory Hankin* for the Secretary of the Interior. *Robert Whitehead* for petitioners in No. 659. *Bradford Ross, Willard W. Gatchell, Howard E. Wahrenbrock* and *Reuben Goldberg* for the Federal Power Commission; and *T. Justin Moore* and *Patrick A. Gibson* for the Virginia Electric & Power Co., respondents. Reported below: 191 F. 2d 796.

No. 625. COLLEGE HOMES, INC. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner by Alden Chas. Palmer, its President. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Benjamin Forman* for the United States.

No. 630. BURFORD-TOOTHAKER TRACTOR CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Fred S. Ball, Jr.* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Carlton Fox* for respondent.

No. 637. UNITED STATES *v.* ATKINS. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *William H. Bronson* for respondent.

No. 648. BRADLEY MINING CO. *v.* BOICE. C. A. 9th Cir. Certiorari denied. *John Parks Davis, Oscar W. Worthwine* and *Arthur B. Dunne* for petitioner. *William H. Langroise* for respondent.